# TIFFANY & BOSCO
P.A.

**2525 EAST CAMELBACK ROAD
THIRD FLOOR
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-09760/0031671449

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-05675-EWH |
| Troy M. Carolan and Ann I. Carolan | Chapter 13 |
| Debtors. | OBJECTION TO CHAPTER 13 PLAN |
| _____ | |
| PHH Mortgage Corporation | |
| Secured Creditor, | |
| vs. | |
| Troy M. Carolan and Ann I. Carolan, Debtors; | |
| Russell A. Brown, Trustee. | |
| Respondents. | |

PHH Mortgage Corporation, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtor for the following reasons:

1.     The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to PHH Mortgage Corporation, pursuant to the proof of claim in the amount of $2,719.56 .    Secured creditor requests that the arrearages as set forth in its Proof of Claim be paid through the Plan.  A copy of Secured Creditor's Proof of Claim is attached hereto as Exhibit "A" and made a part hereof by this reference.

2.     The Chapter 13 Plan filed with the Court does not provide to secured creditor repayment of its attorney fees incurred for bankruptcy and/or foreclosure proceedings.  Secured creditor requests that the attorney fees as set forth in its Proof of Claim be paid through the Plan.

Secured Creditor will withdraw these objections when presented with a Stipulated Order Confirming Plan that provides for the arrearages, interest and fees as provided in the Proof of Claim and as stated above.

DATED this 1st day of May, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.


BY   /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
Attorneys for Secured Creditor

COPY of the foregoing mailed
May 1, 2009 to:

Troy M. Carolan and Ann I. Carolan
6947 W. Williams Dr.
Glendale, AZ  85310
Debtors

Mari Jo Clark
3700 N. 24th Street
Suite 120
Phoenix, AZ 85016
Attorney for Debtors

Russell A. Brown
3838 N. Central Ave
Suite 800
Phoenix, AZ  85012-1965
Trustee


By: Anne Mallette