## TIFFANY & BOSCO
P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-09328/0031690860

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-05675-EWH |
| Troy M. Carolan and Ann I. Carolan | Chapter 13 |
| Debtors. | OBJECTION TO 13 PLAN |
| PHH Mortgage Corporation | |
| Secured Creditor, vs. | |
| Troy M. Carolan and Ann I. Carolan, Debtors; Russell A. Brown, Trustee. | |
| Respondents. | |

PHH Mortgage Corporation, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed 13 Plan filed by the Debtors for the following reasons:

1. PHH Mortgage Corporation, files this response to the proposed 13 Plan of the Debtors. The Chapter 13 Plan provides for an impermissible cram down of PHH Mortgage Corporation's lien interest on the real property commonly known as 6947 W. Williams Dr., Glendale AZ 85310.

PHH Mortgage Corporation, objects to the value of the subject real property as Debtors arbitrarily proposes that the fair market value of Secured Creditor's claim is $390,000.00 without providing any legal or factual authority for such capricious treatment. Such modification is simply not supported by the Bankruptcy Code or the facts of this case.

WHEREFORE, secured creditor prays as follows:

(1) That the 13 Plan be denied.

(2) For such other relief as this Court deems proper.

DATED this 21st day of December, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY  /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorneys for Secured Creditor

COPY of the foregoing mailed
December 21, 2009 to:

Troy M. Carolan and Ann I. Carolan
6947 W. Williams Dr.
Glendale, AZ  85310
Debtors

Mari Jo Clark
3700 N. 24th Street
Suite 120
Phoenix, AZ 85016
Attorney for Debtors

Russell A. Brown
3838 N. Central Ave
Suite 800
Phoenix, AZ  85012-1965
Trustee

By: Ismael G. Solano