# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | TROY M & ANN I CAROLAN | | |
| **Case Number:** | 2:09-BK-05675-EWH | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 07, 2010 02:00 PM   6TH FLOOR #602 | | |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | KAYLA MORGAN | | |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY AT 6947 W. WILLIAMS DR. GLENDAL, AZ 85310 FILED BY PHH MORTGAGE CORPORATION .

**R / M #:**   23 / 0

## Appearances:

CHRISTINA PEREZ, ATTORNEY FOR ANN I CAROLAN, TROY M CAROLAN
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## Proceedings:

Mr. McDonald stated that he does not believe there is a dispute about the amount owed, but whether there is equity in the property and no adversary has been filed.

Ms. Perez asked for a continuance, stating that she has been waiting for the movant's appraisal.

COURT:  IT IS ORDERED SETTING A ONE MINUTE FINAL HEARING ON FEBRUARY 11, 2010 AT 1:30 P.M.  COUNSEL SHOULD HAVE THE ADVERSARY ON FILE PRIOR TO THE ONE MINUTE
FINAL HEARING.